STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456



**Order Filed on September 13, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK)

| In Re: | Chapter 7 |
|---|---|
| Pamela R. Bey<br>Debtor | Case Number: 17-23172-SLM<br><br>Hearing: August 15, 2017 at 10:0 AM<br><br>Judge: Stacey L. Meisel |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: September 13, 2017**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(page 2)
Debtor: Pamela R. Bey

Case Number: 17-23172-SLM

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of Quicken Loans Inc. as Servicing Agent for Charles Schwab Bank f/k/a Charles Schwab, NA through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑      Real Property more fully described as:

3 Crestwood Circle, Mount Olive, NJ 07828 -- the "Property".

☐      Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.