STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on September 13, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (NEWARK)

| In Re:<br><br>Pamela R. Bey<br>Debtor | Chapter 7<br><br>Case Number: 17-23172-SLM<br><br>Hearing: August 15, 2017 at 10:0 AM<br><br>Judge: Stacey L. Meisel |
|---|---|

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 13, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(page 2)
Debtor: Pamela R. Bey

Case Number: 17-23172-SLM

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

     Upon the Motion of Quicken Loans Inc. as Servicing Agent for Charles Schwab Bank f/k/a Charles Schwab, NA through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

     ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

     ☒     Real Property more fully described as:

3 Crestwood Circle, Mount Olive, NJ 07828 -- the "Property".

     ☐     Personal Property more fully described as:

     It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

     The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Pamela R Bey  
    Debtor

Case No. 17-23172-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 14, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.  
db          +Pamela R Bey,    3 Crestwood Circle,    Budd Lake, NJ 07828-2535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:  
         Amit  Deshmukh    on behalf of Debtor Pamela R Bey amitdeshmukh@desh-law.com  
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,  
          gdelmonaco@mdmc-law.com  
         Nicholas V. Rogers    on behalf of Creditor    RAYMOND JAMES BANK nj.bkecf@fedphe.com  
         Steven P. Kelly    on behalf of Creditor    Charles Schwab Bank c/o Quicken Loans Inc  
          skelly@sterneisenberg.com,   bkecf@sterneisenberg.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                TOTAL: 6